Bradford G. Hughes, Esq., SBN 247141
Matthew M. Spolsky, Esq., SBN 333619
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, California 90071
Telephone:  (619) 891-9100
Facsimile:   (213) 448-1178
BHughes@clarkhill.com
MSpolsky@clarkhill.com

Attorneys for Defendant JACOB S. WIEDERRICH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS LOPEZ,<br><br>    Plaintiff,<br><br> v.<br><br>JACOB S. WIEDERRICH; DOES 1 through 10,<br><br>    Defendants. | Case No.<br><br>District Judge:<br>Magistrate Judge:<br><br>**DEFENDANT JACOB S. WIEDERRICH'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446; DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: February 16, 2024 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

 **PLEASE TAKE NOTICE** that Defendant JACOB S. WIEDERRICH ("Defendant") pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes to this Court the State Court Action described below, which properly removes the action through diversity jurisdiction. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served upon counsel of record for all appearing parties, and filed with the Clerk of the California Superior Court for the County of Orange, and attached as an exhibit to the Notice to State Court of Removal to Federal Court, a true and correct copy of which is attached as **Exhibit A** to the Declaration of Matthew M. Spolsky ("Spolsky Decl.") filed concurrently herewith. In support of their removal action, Defendants state as follows:

## I.   PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL

1. On May 10, 2024, Plaintiff ALEXIS LOPEZ ("Plaintiff") commenced an action in the Superior Court of the State of California in and for the County of Orange entitled *Lopez v. Wiederrich, et al.,* Orange County Superior Court Case Number 30-2024-01380183-CU-PA-NJC ("State Court Action"). A true and correct copy of Plaintiff's Complaint from the State Court Action is attached as **Exhibit A** to the Spolsky Decl.

2. The State Court Action alleges one cause of action for Negligence against Defendants.

## II.   BASIS FOR REMOVAL

3. Removal is proper as a diversity action pursuant to 28 U.S.C. § 1332(a).

4. Pursuant to 28 U.S.C. § 1332(a)(1), the Federal District Courts have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. Plaintiff filed a Statement of Damages claiming $1,000,000 in General Damages, and $500,000 in Special Damages. Under 28 U.S.C. § 1441(a), Plaintiff's claims may be removed to Federal District Court.

5. Plaintiff is a resident of the State of California.

6. Defendant JACOB S. WIEDERRICH is a resident of Waleska, GA.

7. Venue is proper in this district because the state action being removed is located in Orange County, which is within the Central District of California for the United States District Court.  28 U.S.C. § 1441(a).

8. This Notice of Removal is timely because it is filed earlier than thirty days after "receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."  28 U.S.C. § 1446(b)(3).

9. This Notice of Removal is timely because it is filed earlier than thirty days after "receipt by the defendant, through service or otherwise, of a copy of an amended

pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

10. Defendant was served a copy of the Plaintiff's Summons and Complaint on June 26, 2024.

11. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, process, orders, and other filings in the State Court Action are attached to as **Exhibit A** to the Spolsky Decl.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant intends to serve written notice of this removal to all interested parties and the Clerk of the Court of the State of California, County of Orange, promptly after filing this Notice of Removal, substantially in the form of the notice attached as **Exhibit B** to the Spolsky Decl.

13. All counsel of record in the State Court Action are listed in **Exhibit C** to the Spolsky Decl.

### III. PRAYER

14. WHEREFORE, PREMISES CONSIDERED, Defendant prays that this lawsuit be removed to the United States District Court for Central District of California for trial and determination of all issues and for all other relief, in law or equity, to which they are justly entitled.

### DEMAND FOR JURY TRIAL

15. Defendant hereby demand a trial by jury in this matter.

Dated: July 10, 2024                         CLARK HILL LLP

                                             By:  /s/ Matthew M. Spolsky
                                                  Bradford G. Hughes
                                                  Matthew M. Spolsky
                                             Defendant JACOB S. WIEDERRICH

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: July 10, 2024                /s/ Matthew M. Spolsky
                                    Matthew M. Spolsky

Eric V. Traut, Esq.                                 ***Attorneys for Plaintiff***
5 Hutton Centre Drive., Ste. 700
Santa Ana, California 92707
T: 714-835-7000
F: 714-957-5759
eric@trautfirm.com