JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS LOPEZ,<br><br>               Plaintiff,<br><br>   v.<br><br>JACOB S. WIEDERRICH; DOES 1 through 10,<br><br>               Defendants. | Case No. 8:24-cv-01522-JVS-JDE<br><br>District Judge: James V. Selna<br>Magistrate Judge: John D. Early<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION  [19]**<br><br>[Fed. R. Civ. P. 41.]<br><br>Complaint Filed:   February 16, 2024 |

1        IT IS HEREBY STIPULATED by and between Plaintiff ALEXIS LOPEZ

2    ("Plaintiff"), on the one hand, JACOB WIEDERRICH ("Defendant"), on the other, that

3    the above captioned action shall be dismissed with prejudice as to Plaintiff's individual

4    claims, and potential claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

5    with each party to bear its own costs, expenses, and attorneys' fees as incurred as against

6    one another in connection to this action.

7

8    Dated: September 9 , 2025       CLARK HILL LLP

9

10                          By: _____

11                              Bradford G. Hughes

                           Alyssa Castro

12

13                          Attorney for Defendants

14   Dated: September , 2025       TRAUT LAW CORPORATION, APC

15

16                          By: _____

17                              Eric Traut

18                          Attorney for Plaintiff

19

20   The Court orders all deadlines and proceedings VACATED and taken off calendar.

21   IT IS SO ORDERED.

22   Date: September 10, 2025

23                          _____

                           Hon. James V. Selna

                           United States District Judge

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL OF ACTION